No. 4402.—Cosme, aplda., *v.* Sánchez, aplte.— C. D. Humacao. Junio 26, 1928.

Por cuanto el apelado pide la desestimación de este recurso toda vez que después de varias prórrogas para preparar la transcripción de las notas taquigráficas una de ellas venció en septiembre 5, 1927;

Por cuanto el apelante pidió en 6 de septiembre 1927, otra prórroga que fuéle concedida el 15 de dicho mes y año por la corte sentenciadora;

Por cuanto la apelada pide la desestimación del recurso fundada en la teoría de que cuando se solicitó la prórroga el día 6 de septiembre de 1927 el término estaba vencido y por tal motivo la corte inferior quedó sin jurisdicción para concederla;

Por cuanto el 5 de septiembre de 1927 no era un día laborable y por el contrario un *dies-non* por ser el día conocido como Labor Day, una fiesta legal en Puerto Rico;

Por tanto, estando en tiempo el apelante dentro del concepto legal el día 6 de septiembre de 1927, no ha lugar a desestimar el recurso.